IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES BOLDEN, | ) | C 07-0432 MJJ (PR) |
| Petitioner, | ) ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | ) ) | |
| D.K. SISTO, | ) ) | (Docket No. 6) |
| Respondent. | ) ) | |

Good cause appearing, petitioner's request for an extension of time, to and including **October 17, 2007**, in which to file a second amended petition is GRANTED.

**Failure to file a second amended petition in conformity with this order shall result in the dismissal of this action without prejudice.**

The Clerk shall terminate Docket No. 6.

IT IS SO ORDERED.

DATED:    09/26/07

　　　　　　　　　　　　　　　　　　　　
MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\bolden.eot.wpd

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES BOLDEN,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.

Case Number: CV07-00432 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Bolden
CSP - Solano
Prisoner Id K-68224
P.O. Box 4000 (22-N-3up)
Vacaville, CA 95696

Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk