*E-FILED - 5/27/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOLDEN,<br><br>　　　　　Petitioner,<br>　　vs.<br><br>JAMES E. TILTON, et al.<br><br>　　　　　Respondents. | No. C 07-0432 RMW (PR)<br><br>ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL<br><br><br>(Docket Nos. 11 & 12) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and paid the filing fee. Respondent has been ordered to show cause why the petition should not be granted based on petitioner's cognizable claims.     Petitioner has filed two motions for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986). While 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner if "the court determines that the interests of justice so require," the courts have made appointment of counsel the exception rather than the rule. Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986);

1 | Eskridge v. Rhay, 345 F.2d 778, 782 (9th Cir. 1965).  Petitioner has thus far been able to
2 | adequately present his claims for relief.  Respondent has been ordered to produce the state
3 | record, which may include petitioner's state appellate briefs prepared by counsel.  No
4 | evidentiary hearing appears necessary in this case, nor are any other extraordinary
5 | circumstances apparent.  Accordingly, the court concludes that appointment of counsel is
6 | not necessary at this time.  Petitioner's motions for appointment of counsel (docket nos.
7 | 11 & 12) are DENIED without prejudice.
8 |         IT IS SO ORDERED.
9 | Dated:   5/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Appointment of Counsel
G:\PRO-SE\SJ.Rmw\HC.07\Bolden432denatty.wpd          2