```
1  CHARLES BOLDEN K68224
2  P.O. BOX 4000 (22-N-3L)
3  VACAVILLE, CA 95696
```

**FILED**

JUL 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES BOLDEN

PETITIONER,

VS.

JAMES E. TILTON, et al.

RESPONDENT,

NO. C-07-0432 RMW(PR)

REQUEST EXTENSION OF TIME

To the Honorable Judge of the Above Entitled court:

   Petitioner hereby moves this court requesting an extension of time. Due to institution mandatory lock-down (TB Testing) and Institution Inventory, Petitioner has not had the time afforded to meet deadline.

   Petitioner not even being a layman at the law, but relying on inmate help that is no longer available leaves Petitioner at a disadvantage.

   Petitioner declares that the foregoing is true and correct. Executed this 7th day of July 2008 at California State Prison Solano, at Vacaville, California.

                                           /s/ Charles Bolden

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California State Prison - Solano
Housing: 22-N-3L
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: CHARLES BOLDEN    K-68224    Case #: C-07-0432 RMW (PR)

Document(s) Served: MOTION REQUESTING EXTENSION OF TIME

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on  JULY 7, 2008  , in Vacaville, California.

"*date*"

Signature: *Charles Bolden*

Printed Name: Charles Bolden

CHARLES BOLDEN K-68224
CSP-SOLANO 22-N-3L
PO BOX 4000
VACAVILLE, CA 95696

CALIFORNIA STATE PRISON-SOLANO

SACRAMENTO CA 957

JUDGE RONALD M. WHYTE
OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DIS. OF CALIF.
280 SOUTH FIRST ST., ROOM 2112
SAN JOSE, CA. 95113-3095

*[Signature and date 7/6/08, written sideways]*