*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOLDEN,<br><br>        Petitioner,<br>   vs.<br><br>JAMES E. TILTON, et al.<br><br>        Respondents. | No. C 07-0432 RMW (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TME<br><br><br>(Docket No. 15) |

    Good cause appearing, petitioner's request for an extension of time in which to file an opposition is GRANTED. If petitioner wishes to file an opposition, he shall file it and serve it upon Respondent no later than **thirty days** from the date this order is filed. Respondent **shall** file a reply within **14 days** from the date the opposition is filed.

    This order terminates Docket No. 15.

    IT IS SO ORDERED.

Dated:  8/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time
G:\PRO-SE\SJ.Rmw\HC.07\Bolden432eot.wpd    1